**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-cv-280-RJC**
**(3:11-cr-112-RJC-1)**

| | |
|---|---|
| **ERIKA HOLLAND,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA ,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a request filed by the Petitioner pro se seeking disclosure of her presentence report ("PSR"). (Doc. No. 10).

Counsel was appointed on September 11, 2012, to represent Petitioner at an evidentiary hearing on October 31, 2012. (Doc. No. 9: Order).   Because Petitioner is represented by counsel, Petitioner's pro se request for her PSR, and other relief, will be denied.  See Local Rule of Criminal Procedure 47.1.  Should Petitioner's counsel have a need for such materials or other discovery, she may file a motion with the Court.

**IT IS, THEREFORE, ORDERED** that Petitioner's pro se request for her presentence report is **DENIED**. (Doc. No. 10).

Signed: November 26, 2012

Robert J. Conrad, Jr.
Chief United States District Judge